# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

*Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020)

## PLAINTIFF ANESTHESIA ASSOCIATES OF ANN ARBOR, PLLC'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Anesthesia Associates of Ann Arbor, PLLC, by and through its undersigned attorneys, submits this opposition to the January 12, 2023 Conditional Transfer Order (CTO-39) concerning *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020).

Date: January 18, 2023

Respectfully submitted,

*/s/ Jonathan D. Schiller*
BOIES SCHILLER FLEXNER LLP
Jonathan D. Schiller, Esq. (N.Y. Bar No. 4523460)
David Barillari, Esq. (N.Y. Bar No. 5448410)
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
dbarillari@bsfllp.com

RILEY SAFER HOLMES & CANCILA LLP
Gregory L. Curtner (Mich. Bar No. P12414)
Matthew Kennison (Mich. Bar No. P79653)
121 W. Washington Street, Suite 402
Ann Arbor, MI 48104
(734) 773-4900
gcurtner@rshc-law.com
mkennison@rshc-law.com

*Counsel for Anesthesia Associates of Ann Arbor, PLLC*

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

*Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan*, No. 2:20-cv-12916-TGB-APP (E.D. Mich. 2020)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I caused a copy of the foregoing Notice of Opposition to be electronically filed with the Judicial Panel on Multidistrict Litigation using the CM/ECF electronic filing system, which will send electronic notification of such filing to all parties of record.

Respectfully submitted,

*/s/ Jonathan D. Schiller*
BOIES SCHILLER FLEXNER LLP
Jonathan D. Schiller, Esq. (N.Y. Bar No. 4523460)
David Barillari, Esq. (N.Y. Bar No. 5448410)
55 Hudson Yards
New York, NY 10001
(212) 446-2300
jschiller@bsfllp.com
dbarillari@bsfllp.com

RILEY SAFER HOLMES & CANCILA LLP
Gregory L. Curtner (Mich. Bar No. P12414)
Matthew Kennison (Mich. Bar No. P79653)
121 W. Washington Street, Suite 402
Ann Arbor, MI 48104
(734) 773-4900
gcurtner@rshc-law.com
mkennison@rshc-law.com

*Counsel for Anesthesia Associates of Ann Arbor, PLLC*