# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 2406   & Title - **IN RE:** Blue Cross Blue Shield Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant Blue Cross Blue Shield of Michigan

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross Blue Shield of Michigan, Eastern District of Michigan, 2:20-cv-12916

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 2/2/2023 | *Todd M. Stenerson* |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Todd M. Stenerson
Shearman & Sterling LLP
401 9th St. Suite 800, Washington, D.C. 20004

Telephone No.: 202-508-8093   Fax No.: 202-661-7484

Email Address: todd.stenerson@shearman.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## CERTFICATE OF SERVICE

I hereby state that on February 2, 2023, the foregoing document was filed with the Clerk of the Court via the Court's e-filing system which will give notice of such filing to all counsel of record.

SHEARMAN & STERLING LLP

By: /s/ *Todd M. Stenerson*
    Todd M. Stenerson
401 9th Street, Suite 800
Washington, DC 20004
(202) 5088000
Todd.stenerson@shearman.com
*Attorney for Defendant Blue Cross Blue Shield of Michigan*